UNITED STATES DISTRICT COURT
for the

District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | |
| | ) | Case No.    16-mj-01093-CBS |
| DENNIS RODRIGUEZ | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief:
On or about the date(s) of <u>March 30, 2016,</u> in the county of Pueblo in the State and District of Colorado, the defendant (s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 USC §  841(a)(1), (b)(1)(B)(vii) | Possession with the Intent to Distribute 100 or more Marijuana plants a Schedule I controlled substance |

This criminal complaint is based on these facts:
See Affidavit attached hereto and herein incorporated by reference.


**X**  Continued on attached sheet.


_____
*s/Scott D'Amour*
*Complainant's signature*

Scott D'Amour Task Force Officer, DEA
*Printed name and title*

Sworn to before me and:  ☐  signed in my presence.
               ☒  submitted, attested to, and acknowledged by reliable electronic means.

Date: **1:40 pm, Jun 09, 2016**            _____
                              *Judge's signature*

                              Craig B. Shaffer
City and state:  Denver, Colorado          United States Magistrate Judge
                              *Printed name and title*